IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICTOR MANUEL ESTRADA PEREZ,

    Petitioner,

v.                                                 CASE NO. 4:13-cv-208-MW/CAS

STATE OF FLORIDA,

    Respondent.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 4, filed April 25, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The motion for in forma pauperis status, ECF No. 2, is **GRANTED**. The Clerk shall file the Petition, ECF No. 1, without the payment of a filing fee. The Clerk shall **transfer this cause to the United States District Court for the Southern District of Florida, Miami Division**, for all further proceedings.

SO ORDERED on May 20, 2013.

                                                            s/Mark E. Walker          
                                                            United States District Judge